MA SOC    Filing Number: 200477721880    Date: 07/22/2004 1:12 PM



## The Commonwealth of Massachusetts
## William Francis Galvin

Minimum Fee: $100.00

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

## Annual Report
(General Laws, Chapter 156D)

Federal Employer Identification Number: 043244274 *(must be 9 digits)*

**1. The exact name of the business entity is:** CREDIT UNION ON-LINE, INC.

**2. The Corporation is organized under the laws of:** State: MA    Country:

**3,4. The street address of the corporation registered office in the commonwealth and the name of the registered agent at that office:**
Name:
No. and Street:
City or Town:                State:            Zip:            Country:

**5. The street address of the corporation's principal office is:**
No. and Street:    1601 TRAPELO ROAD
                   SUITE 240
City or Town:      WALTHAM          State: MA    Zip: 02154    Country: USA

**6. Provide the name and business address of the officers and of all the directors of the corporation:**
*(A president, treasurer, secretary and at least one director are required.)*

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| PRESIDENT | CONSTANCE D. BORETTI | 6 SYCAMORE LANE,<br>SAUGUS, MA 01906 USA |
| TREASURER | RICHARD E. WRIGHT | 77 WILSON ST.,<br>MARLBORO, MA USA |
| SECRETARY | CONSTANCE D BORETTI | 6 SYCAMORE LANE<br>SAUGUS, MA 01906 USA |
| DIRECTOR | NICOLE JAMES | 221 LONGWOOD AVE.<br>BOSTON, MA 02115 USA |

**7. Briefly describe the business of the corporation:**

DATA PROCESSING

**8. The capital stock of each class and series is:**

| Class of Stock | Par Value Per Share<br>Enter 0 if no Par | Total Authorized by Articles<br>of Organization or Amendments | | Total Issued<br>and Outstanding<br>Num of Shares |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | |
| CNP | $0.00000 | 180,000 | $0.00 | 120,000 |
| CNP | $0.00000 | 20,000 | $0.00 | 7,000 |

0-884-0

**9.** Check here if the stock of corporation is publicly traded: __

**10.** Date of the end of the fiscal year is: 12/31/ <u>2002</u>

Signed by  <u>CONSTANCE D. BORETTI</u> , its  <u>PRESIDENT</u>
on this 22 Day of July, 2004

© 2001 - 2004 Commonwealth of Massachusetts
All Rights Reserved