UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CREDIT UNION ON-LINE, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No: 04-12176-GAO |
| v. ) | |
| ) | |
| OPEN SOLUTIONS INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT OPEN SOLUTIONS' MOTION TO DISMISS THE VERIFIED COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Pursuant to Rules 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure, defendant Open Solutions Inc. ("Open Solutions"), hereby moves this Court for an Order dismissing this action for failure to state a claim or, in the alternative, for an Order requiring the Plaintiff to submit a more definite statement clarifying the basis for its claims. As explained in greater detail in Open Solution's Memorandum of Law in Support of this Motion, the Plaintiff's Complaint appears to assert that Open Solutions has breached certain unspecified obligations under a contract that is governed by Georgia law, while at the same time, appearing to allege that Open Solutions is not a party to that very same contract. The Complaint's vague, inconsistent, and contradictory allegations fail to meet the requisite standard of pleading required by the Federal Rules of Civil Procedure and should be dismissed.

At the very least, the Plaintiff should be required to submit a more definite statement clarifying its allegations so that Open Solutions can properly respond to

them. As currently drafted, the Complaint is so vague and ambiguous, that Open Solutions cannot frame a meaningful response.

WHEREFORE, Open Solutions requests that this Court enter an Order dismissing this case for failure to state a claim upon which relief can be granted or, in the alternative, requiring the Plaintiff to submit a more definite statement of its allegations.

### REQUEST FOR ORAL ARGUMENT

In an effort to assist this Court in its determination of this Motion, Open Solutions respectfully requests the opportunity to present oral argument pursuant to Local Rule 7.1(D).

Respectfully submitted,

/s/
Daniel J. Cloherty (BBO No. 565772)
Sara E. Noonan (BBO No. 645293)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
(617) 371-1000

*Attorneys for Open Solutions Inc.*

Dated: October 22, 2004

### CERTIFICATION PURSUANT TO L.R. 7.1(A)(2)

The undersigned counsel for the Defendant Open Solutions Inc. hereby certifies that he has conferred with counsel for Plaintiff Credit Union On-Line, Inc. and has attempted in good faith to resolve or narrow the issues raised by this Motion.

/s/
Daniel J. Cloherty

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on October 22, 2004.

                                      /s/
                              Daniel J. Cloherty