UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CREDIT UNION ON-LINE, INC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No: 04-12176-GAO |
| v. | ) ) | |
| OPEN SOLUTIONS INC., | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT OPEN SOLUTIONS, INC.'S MOTION FOR DISMISSAL OR TRANSFER FOR IMPROPER VENUE**

Pursuant to Fed. R. Civ. P. 12(b)(3), Fed. R. Civ. P. 12(b)(6), 28 U.S.C. § 1406(a), and 28 U.S.C. § 1404(a), Defendant Open Solutions Inc. ("Open Solutions") hereby moves this Court for an Order dismissing this action for improper venue or, in the alternative, transferring this case to its proper venue, the Northern District of Georgia. As explained in greater detail in Open Solution's Memorandum of Law in Support of this Motion, the claims asserted in the Complaint arise from and relate to a contract that establishes Atlanta, Georgia as the appropriate venue for the resolution of any disputes between the parties. Accordingly, venue is improper in this District, the case should be dismissed.

Alternatively, should the Court elect not to dismiss the Plaintiff's claims outright, it should transfer this entire case to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1406(a) and/or 28 U.S.C. § 1404(a), as such a transfer would serve the "interest of justice" and Georgia would be a more convenient forum for the resolution of this dispute.

WHEREFORE, Open Solutions requests that this Court enter an Order dismissing this case for improper venue, or, in the alternative, transferring this case in its entirety to the United States District Court for the Northern District of Georgia.

### **REQUEST FOR ORAL ARGUMENT**

In an effort to assist this Court in its determination of this Motion, Open Solutions respectfully requests the opportunity to present oral argument pursuant to Local Rule 7.1(D).

Respectfully submitted,

/s/
Daniel J. Cloherty (BBO No. 565772)
Sara E. Noonan (BBO No. 645293)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
(617) 371-1000

*Attorneys for Open Solutions Inc.*

Dated: October 22, 2004

### **CERTIFICATION PURSUANT TO L.R. 7.1(A)(2)**

The undersigned counsel for the Defendant Open Solutions Inc. hereby certifies that he has conferred with counsel for Plaintiff Credit Union On-Line, Inc. and has attempted in good faith to resolve or narrow the issues raised by this Motion.

/s/
Daniel J. Cloherty

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by electronic filing on October 22, 2004.

/s/
Daniel J. Cloherty