UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CREDIT UNION ON-LINE, INC, )
)
Plaintiff, )
) Civil Action No: 04-12176-GAO
v. )
)
OPEN SOLUTIONS, INC., )
)
Defendant. )

**AFFIDAVIT OF S. MARK ROBERSON**

I, S. Mark Roberson hereby state and declare as follows:

1. I am currently employed as the Senior Vice President of Alliances, Credit Union Group for Open Solutions, Inc. ("Open Solutions"). My office is located at 3098 Piedmont Road, Suite 200, Atlanta, Georgia 30305.

2. Prior to assuming my position with Open Solutions, I was employed by FiTECH Systems, LP ("FiTECH") at its Atlanta headquarters. As a result, I am familiar with the day-to-day operations of both FiTECH and Open Solutions. In particular, as part of my job responsibilities, I am familiar with FiTech's 1994 Agreement with Credit Union On-Line, Inc. ("Credit Union").

3. On August 29, 1994, FiTECH signed a Standard In-House Agreement ("Agreement") with Credit Union, which addressed FiTECH's provision of certain computer equipment and applications software to Credit Union.

4. The Agreement was executed in Atlanta, Georgia, with Sanders N. Greer, FiTECH's then-President and General Partner signing on behalf of FiTECH, and

Constance D. Boretti, Credit Union's President and Chief Executive Officer, signing on behalf of Credit Union.

5. Pursuant to that Agreement, since 1994, FiTECH and (later Open Solutions) has regularly shipped computer equipment and software from its facility in Georgia to Credit Union.

6. As part of the Agreement, FiTECH established a telephone hotline in its Atlanta headquarters to provide technical support to Credit Union.

7. Credit Union employees regularly traveled to Atlanta for training sessions. In addition, Credit Union employees regularly attended technical seminars and other training programs held during FiTECH's Annual Conference in Atlanta.

8. In July 2003, Open Solutions purchased FiTECH and became its successor-in-interest to the Agreement with Credit Union.

9. The majority of FiTECH employees who are familiar with matters relating to the Agreement, including Mr. Greer, the signatory to the Agreement, currently reside in the Atlanta area.

Signed under the pains and penalties of perjury this 21st day of October, 2004.

*[signature]*

S.. Mark Roberson