```
*************** -COMM. JOURNAL- *************** DATE AUG-30-2004 ***** TIME 15:46 ********

    MODE = MEMORY TRANSMISSION        START=AUG-30 15:45    END=AUG-30 15:46

    FILE NO.=741

  STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                    PAGES    DURATION
  NO.           ABBR NO.

  001    OK      z          917816426120                            003/003  00:00:34


                                                     -OPEN SOLUTIONS         -

*********************************** -860 815 5142   - ***** -           - **********
```



COMMUNITY . COMMERCE . TECHNOLOGY

**EXECUTIVE OFFICES**
100 Western Blvd.
Glastonbury, CT 06033
Phone: (860) 652-3155
Fax: (860) 652-3156

# Fax

| To: | Ms. Constance D. Boretti | From: | Thomas N. Tartaro, Esq. |
|---|---|---|---|
| Fax: | 781-842-6120 | Pages: | 3 (including cover sheet) |
| Phone: | 781-842-6100 | Date: | August 30, 2004 |
| Re: | Notice of Breach of Agreement | CC: | |

X Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

## PLEASE DELIVER IMMEDIATELY!

This facsimile transmission is intended for the addressee indicated above. It may contain information that is privileged, confidential or otherwise protected from disclosure.  Any review, dissemination or use of this transmission or its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify sender immediately by telephone, and mail the original back to us at the address shown above. Thank you.



August 30, 2004

**BY FACSIMILE (781-642-6120)**
**AND OVERNIGHT DELIVERY**

Ms. Constance D. Boretti
Credit Union On-Line, Inc.
Reservoir Place
1601 Trapelo Road
Suite 240
Waltham, MA 02451-7338

Dear Ms. Boretti:

We understand that Credit Union On-Line, Inc. ("CUOL") has engaged in certain conduct that violates the agreement between Open Solutions Inc. ("Open Solutions"), as successor to FiTECH, Inc., and CUOL dated August 29, 1994 (the "Agreement"). Pursuant to Part 4 of the Agreement, this letter shall serve as Open Solutions' notice of CUOL's breach of the provisions of the Agreement. The following details some of the wrongful conduct about which we are aware.

We understand that CUOL has signed an agreement with Sierra Point Credit Union to provide this credit union with data processing services using Open Solutions' MANAGER GOLD software. Sierra Point Credit Union is an Open Solutions client and is located in South San Francisco, California. Pursuant to the terms of the Agreement, CUOL may only provide data processing services using Open Solutions' MANAGER GOLD product to credit unions in Massachusetts, New Hampshire, Rhode Island, Vermont, Maine and Connecticut (the "Territory"). The Agreement also provides that CUOL shall not promote any software or services to Open Solutions' customers without Open Solutions' prior written consent. CUOL has breached both of these contractual obligations.

We also know that CUOL hired one of our former managers in recent months. As CUOL is aware, this employee has a non-compete and confidentiality agreement with Open Solutions which may preclude her from working for CUOL. We were told by you that CUOL had the appropriate policies and safeguards in place to prevent the disclosure or use of Open Solutions' proprietary information including, without limitation, (a) advising this employee against taking and using any information from Open Solutions that would be considered Open Solutions' proprietary information, (b) advising the employee to refrain from contacting current or prospective Open Solutions' customers either directly

Open Solutions Inc.®
300 Winding Brook Drive
Glastonbury, CT 06033-4335
860.652.3155
860.652.3156 fax
www.opensolutions.com

Ms. Constance D. Boretti
August 30, 2004
Page -2-

 open
solutions

or indirectly, and (c) instructing the employee with regard to compliance with the provisions of the Agreement, trade secret law, and CUOL's employment and corporate compliance manuals relating to trade secrets of former employers. We relied on the representations by both you and this employee that CUOL was not employing this employee in a capacity that was competitive with Open Solutions or otherwise would cause the employee to violate the agreement the employee has with Open Solutions or the Agreement between Open Solutions and CUOL.

You can imagine our surprise to learn that this employee is providing consulting services to credit unions that are evaluating core data processing services and software of other core vendors and Open Solutions. These credit unions include existing Open Solutions customers and provide a comparative analysis of each vendor's product including the MANAGER GOLD product. This conduct violates the confidentiality provisions of the Agreement, among others, in addition to this employees' obligations to Open Solutions. Accordingly, we insist that CUOL immediately cease such conduct and provide us with a detailed list of financial institutions for which CUOL has provided such services and the nature and extent of confidential information disclosed to each institution, as well as to CUOL.

We are disappointed that one of our trusted partners would engage in a pattern of conduct that is clearly designed to damage us and blatantly disregards clear contractual and ethical obligations. We demand that CUOL immediately cease any and all conduct which violates these obligations and confirm in writing that CUOL will (a) cease offering or providing data processing services using our MANAGER GOLD product outside of the Territory, (b) stop soliciting and communicating with any Open Solutions' clients, (c) strictly maintain all of OSI's confidential and proprietary information and stop providing those consulting services described in this letter, and (d) refrain from soliciting our employees. I also request that you advise us on how CUOL intends to remedy the damage this wrongful conduct has caused us. Please respond by no later than Thursday, September 9, 2004.

Sincerely yours,

OPEN SOLUTIONS INC.

Thomas N. Tartaro
Vice President & General Counsel

cc:    Mr. Mark Roberson

00003802.4