|         |                                              |
|---------|----------------------------------------------|
| **From:**    | Tom Tartaro [TTartaro@opensolutions.com] |
| **Sent:**    | Wednesday, September 22, 2004 4:04 PM    |
| **To:**      | Connie Boretti                           |
| **Cc:**      | Mark Roberson                            |
| **Subject:** | RE: Reply                                |

Ms. Boretti -

I am researching the list you provided and need some additional information from you in order to fully respond. Here is what I have been able to ascertain so for:

<u>Addendum</u>     <u>Comments</u>
184         We thought that this was shipped to you.  We are confirming this with our business partner, DSI.  Can you please reconfirm that you have not received this?

185 & 186   Can you please tell me which of your clients these addenda are for?
187 & 189   It appears that these addenda were expired when we received them.  It is my understanding that we did not cash the checks that accompanied them.
            Can you please tell me which of your clients these addenda are for and whether you still wish to proceed with them?

With respect to your comments regarding CUOL's RFP, I was able to locate the attached NDA executed by both Open Solutions and CUOL.  I believe that this is the NDA you reference below.

Would you please be kind enough to provide the information requested above and confirm whether the attached NDA is the one you mention below?

I look forward to your response.


Thomas N. Tartaro
Vice President & General Counsel
Open Solutions Inc.
300 Winding Brook Drive
Glastonbury, CT 06033
Tel: (860) 815-5736
Fax: (860) 815-5658
ttartaro@opensolutions.com


-----Original Message-----
**From:** Connie Boretti [mailto:connieb@CUOL.COM]
**Sent:** Friday, September 17, 2004 2:10 PM
**To:** Tom Tartaro
**Cc:** Mark Roberson; Connie Boretti

**Subject:** Reply

Mr. Tartaro,

I had my staff compile a complete list of missing programs for you and have attached it to this email. I spoke with Mark Roberson earlier this week when I was first informed that CUOL will not be receiving any information or programs until our issues are resolved, and he said it was OSI that set forth that edict. I was also informed that OSI would not respond to CUOL's RFP until this was resolved, and CUOL is working under a rather strict deadline on the RFP responses. Gary Daniel's indicated to Barbra Lowman, who is the RFP coordinator for CUOL, that a non-disclosure agreement (NDA) was already signed by OSI for CUOL, although I am unable to find a copy of it in our contract files. If OSI would like to respond, could someone fax a copy of the NDA agreement, and we would be glad to forward the RFP and extend the deadline to OSI to complete the RFP.

I have forwarded all the necessary agreements and correspondence to my attorney and he is in the process of reviewing it and will prepare a response to you. He was out of town last week and part of this week, and is now reviewing the files. Our intent is to resolve any and all issues as soon as possible, and then get on with business as usual. As I stated before, I apologize for not being accessible when Mark Roberson was trying to reach me, and the issues I've had with the emails sent to you and Mark. I now have a read receipt on all my correspondence to confirm all individuals are receiving them. I will confirm with you that I have received the ones you have also sent to me.

*Constance D. Boretti*
Constance D. Boretti
Pres/CEO
Credit Union Online, Inc.
    &
Credit Union Technology Solutions, Inc.

Reservoir Place
1601 Trapelo Road
Suite 240
Waltham, MA 02451-7338

*connieb@cuol.com*

1-800-884-CUOL (2854)  Nationally
1-781-642-6100 Ext. 305
1-781-642-6120 Fax

Information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

*"A Lawyer will do anything to win a case, sometimes he will even tell the truth."*
-Patrick Murray

---

**From:** Tom Tartaro [mailto:TTartaro@opensolutions.com]
**Sent:** Friday, September 17, 2004 11:37 AM
**To:** Connie Boretti
**Cc:** Mark Roberson

**Subject:** RE: August 30, 2004 Letter'

Ms. Borretti –

I received your September 16 email to me. Can you please provide me with a list of all of the programs CUOL signed and paid for that are referenced in your email? I am unaware that we were doing anything that might be causing CUOL any serious delays in delivering products or services. Additional information from you on this would be helpful to me.

Neither Mark nor I received your September 7th and September 9th emails prior to you resending them to us. I noticed in your September 7th email to Mark that you removed OSI from the CUOL RFP list. Can you please elaborate on this for me? Should we take this to mean that CUOL is going to replace MANAGERGOLD™ with something other than our *The Complete Credit Union Solution*® and, if so, is this something about which we need to inform our client base?

Given the fact that we did not receive some of your emails, I would appreciate your confirming that you received this.


Thomas N. Tartaro
Vice President & General Counsel
Open Solutions Inc.
300 Winding Brook Drive
Glastonbury, CT 06033
Tel: (860) 815-5736
Fax: (860) 815-5658
ttartaro@opensolutions.com

> -----Original Message-----
> **From:** Connie Boretti [mailto:connieb@CUOL.COM]
> **Sent:** Thursday, September 16, 2004 2:35 PM
> **To:** Tom Tartaro
> **Cc:** Mark Roberson
> **Subject:** RE: August 30, 2004 Letter'
>
> Mr. Tartano,
>
> As I discussed with Mark Roberson last night I neither received the Fax or the overnight letter that was sent to my attention. I was out of my office from Aug 25th and returned Sep 7th. After hearing from my Chairman, Leonard Greene, about him receiving the letter via e-mail, he did in fact email it to me. In addition, Mr. Roberson informed me that he did not receive my email to him on Sept. 7th. I resent yesterday and he did receive it. He did not think that you received the email I sent to both you and him and my chairman on Sept 9th. I have attached both of them to this email. I did however, receive a fax from you last night and an overnight letter today.
>
> I was just informed OSI FiTECH is not providing CUOL with any of the programs already signed and paid for to process for our customer base, and now has caused serious delays in the timely delivery of crucial services and the inability to meet 3-rd party deadline dates with required vendors. I shall advise my attorney of this latest information.
>
> As stated in the attachments, I have forwarded the necessary information to my attorney to address a reply to you.
>
>
> *Constance D. Boretti*
> Constance D. Boretti

Pres/CEO
Credit Union Online, Inc.
         &
Credit Union Technology Solutions, Inc.

Reservoir Place
1601 Trapelo Road
Suite 240
Waltham, MA 02451-7338

*connieb@cuol.com*

1-800-884-CUOL (2854)  Nationally
1-781-642-6100 Ext. 305
1-781-642-6120 Fax

Information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

---

**From:** Tom Tartaro [mailto:TTartaro@opensolutions.com]
**Sent:** Wednesday, September 15, 2004 5:04 PM
**To:** Connie Boretti
**Cc:** Mark Roberson
**Subject:** August 30, 2004 Letter

Good afternoon -

Mark Roberson just informed me that you did not receive a copy of the attached letter sent to you on August 30 and asked me to send it to you again. Accordingly, I have attached a copy of the letter together with the facsimile confirmation sheet. I will also send you another hardcopy.

Please let me know if you have any questions.

Thomas N. Tartaro
Vice President & General Counsel
Open Solutions Inc.
300 Winding Brook Drive
Glastonbury, CT 06033
Tel: (860) 815-5736
Fax: (860) 815-5658
ttartaro@opensolutions.com

<<Letter to CUOL - 8-30-04 (00004588).PDF>> <<8-30 Fax Confirmation (00004589).PDF>>