UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CREDIT UNION ON-LINE, INC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OPEN SOLUTIONS INC., ) <br> ) <br> Defendant. ) | Civil Action No: 04-12176-GAO |

**NOTICE OF FILING OF CERTIFIED RECORDS
FROM STATE COURT PROCEEDING**

Pursuant to Rule 81.1(a) of the Local Rules of this Court, Defendant Open Solutions Inc. hereby submits certified copies of the following records of the state court proceeding, <u>Credit Union On-Line, Inc. v. Open Solutions Inc.</u>, Case No. MICV2004-03776 (Mass. Super. Ct), which has been removed to this Court:

| **Title** | **Attachment** |
|---|---|
| Certification of the Superior Court Department for Middlesex County | A |
| Docket Sheet | B |
| Civil Cover Sheet (filed September 24, 2004) | C |
| Complaint (filed September 24, 2004) | D |
| Notice of Removal of Action to the United States District Court for the District of Massachusetts (filed October 15, 2004) | E |

1

Respectfully submitted,

*[signature]*

Daniel J. Cloherty (BBO No. 565772)
Sara E. Noonan (BBO No. 645293)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA  02210-2211
(617) 371-1000

*Attorneys for Open Solutions Inc.*

Dated: October 25, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand-delivery on October 25, 2004.

*[signature]*
Sara E. Noonan