UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV -4 P 3:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

|   |   |
|---|---|
| CREDIT UNION ON-LINE, INC., Plaintiff, | ) ) ) ) |
| v. | ) ) CIVIL ACTION NO. 04-12176 GAO |
| OPEN SOLUTIONS, INC., Defendant. | ) ) ) ) |

## MOTION BY PLAINTIFF FOR TIME TO RESPOND TO MOTIONS BY DEFENDANT FOR DISMISSAL

Credit Union On-Line, Inc., plaintiff in this action, requests that the time for its opposition and response to motions by defendant Open Solutions, Inc. served October 22, 2004 be extended from November 5 to November 19, 2004. Lead counsel for plaintiff is required to be engaged in a trial starting Wednesday, November 3, and that has interfered with the ability to prepare opposition materials adequately by November 5. In addition, a deadline in an unrelated state court case involving briefs and depositions has created a backlog for the week of November 8-12.

This motion was the subject of a Rule 7.1 conference on November 2. At that time defendant did not take any position as to this motion.

Plaintiff,
CREDIT UNION ON-LINE, INC.
By its attorneys,

Paul G. Boylan, BBO No. 052320
Kevin G. Kenneally, BBO No. 550050
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500

Dated: Nov. 4, 2004

- 1 -

## Certificate of Service

The undersigned counsel for plaintiff CUOL hereby states that on this date he served the foregoing **Motion By Plaintiff For Time To Respond To Motions By Defendant For** Dismissal by first-class mail to counsel for defendant Open, Daniel J. Cloherty, Dwyer & Collora, LLP, 600 Atlantic Avenue, Boston, MA 02210-2211.

Dated: November 4, 2004

24805.0//00874269.