UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CREDIT UNION ON-LINE, INC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OPEN SOLUTIONS INC., )<br>)<br>Defendant. )<br>) | Civil Action No: 04-12176-GAO |

### DEFENDANT'S MOTION FOR LEAVE TO FILE COMBINED REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS AND MOTION TO TRANSFER

Pursuant to Local Rule 7.1(B)(3) of the Local Rules of this Court, Defendant Open Solutions Inc. hereby moves for leave to file a Combined Reply Brief in Support of both its Motion to Dismiss the Verified Complaint, or In the Alternative, for a More Definite Statement (the "Motion to Dismiss") and its Motion to Dismiss or Transfer for Improper Venue (the "Transfer Motion"). As grounds for this motion, Defendant states that the Reply Memorandum is necessary to address the issues raised in the Plaintiff's Opposition to these two Motions, as well as in the Affidavit of Constance D. Boretti filed in support of the Opposition. Defendant respectfully submits that this additional briefing will assist the Court in addressing the Motion to Dismiss and the Motion to Transfer, both of which are currently set for hearing on January 6, 2005. A copy of the Defendants' proposed Combined Reply Memorandum is attached hereto as Exhibit A.

Wherefore, Open Solutions respectfully requests that that it be granted leave to file the attached Combined Reply Memorandum in support of its two pending Motions.

Respectfully submitted,

/s/   Daniel J. Cloherty
Daniel J. Cloherty (BBO #565772)
Sara E. Noonan (BBO #645293)
Dwyer & Collora, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02110-2211
(617) 371-1000

*Attorneys for Open Solutions Inc.*

Dated: December 30, 2004

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel for the Defendant hereby certifies that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that counsel for plaintiff assents to this motion. Counsel for the Defendant has declined to assent to the relief requested in this Motion.

/s/   Daniel J. Cloherty
Daniel J. Cloherty

## CERTIFICATE OF SERVICE

I, Daniel J. Cloherty, hereby certify that I caused a true copy of the above document to be served upon the attorneys of record for each other party by mail on December 30, 2004.

/s/   Daniel J. Cloherty
Daniel J. Cloherty