UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CREDIT UNION ON-LINE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OPEN SOLUTIONS INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 04-12176-GAO |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, plaintiff Credit Union On-Line, Inc. and defendant Open Solutions Inc., being all parties who have appeared, hereby stipulate that the within action and all claims or counterclaims which were or could have been asserted in this action be and hereby are dismissed with prejudice, without right of appeal, and with each party bearing its own costs and attorneys' fees.

OPEN SOLUTIONS INC.

_____
Daniel J. Cloherty (BBO No. 565772)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
617-371-1000

Dated: MARCH 10, 2005

CREDIT UNION ON-LINE, INC.

_____
Paul G. Boylan (BBO # 052320)
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500

Dated: March 7, 2005